JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VASQUEZ,<br><br>        Petitioner,<br><br>        v.<br><br>F. FOULK, Warden,<br><br>        Respondent. | Case No. CV 13-08132-BRO (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 16, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE